# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

**Terrance Moore and Dixie Moore**,

    Plaintiffs,

v.

**Wells Fargo Home Mortgage**,

    Defendants.

**Case No**. 16-CV-656

Notice of Appeal

## NOTICE OF APPEAL TO A COURT OF APPEALS
## FROM A JUDGMENT AND ORDER OF A DISTRICT COURT

**NOTICE IS HEREBY GIVEN** that Terrance and Dixie Moore, plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final order and judgment entered in this action on the 15th day of February, 2018.

Dated: This 13th day of March, 2018.

**Lawton & Cates, S.C.**
Attorney for Plaintiffs

*/s/ Briane F. Pagel*_____
Briane F. Pagel
Bar No: 1025514

P.O. Address:
345 W. Washington Ave., #201
P.O. Box 2965
Madison, WI 53703
P: 608.282.6200
F: 608.282.6252
bpagel@lawtoncates.com